SEALED

1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

FILED

MAR 28 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Search of:          )   CASE NO. 2:18-SW-0226 EFB
                                             )
12  8744 Vytina Drive                        )
    Elk Grove, California                    )   SEALING ORDER
13                                           )
                                             )
14                                           )
                                             )
15                                           )
                                             )
16                                           )

17         Upon application of the United States of America and good cause having been shown,

18         IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and

19  shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a

20  copy of the search warrant will be left at the scene of the search.

21

22  Dated: 3-28-2018                          _____
                                              EDMUND F. BRENNAN
23                                            United States Magistrate Judge